UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PETER A. LOPES, II,<br>    Plaintiff,<br><br>    v.<br><br>THOMAS B. HOPKINS, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 24-12858-JCB |

ORDER

January 17, 2025

Boal, M.J.

    Plaintiff Peter A. Lopes, II, representing himself, has filed a motion to e-file. Docket No. 4. This Court denies the motion without prejudice. Plaintiff is therefore permitted to seek the same relief again. In order to do so, he must complete the attached "Motion For Permission For Electronic Filing."

                                              / s / Jennifer C. Boal
                                              JENNIFER C. BOAL
                                              UNITED STATES MAGISTRATE JUDGE